| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Fischer, Nora B. | 2. Court or Organization District Court, Western PA | 3. Date of Report 05/14/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Federal District Court Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial   ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address  Suite 5260, US Post Office & Courthouse Seventh Avenue & Grant Street Pittsburgh, PA 15219 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Highmark Inc. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Carmel Valley eDiscovery Retreat | 7/22/12 to 7/25/12 | Monterey, CA | Invited as a panelist to discuss litigation & ediscovery topics with other experts. | Airfare, car rental, parking, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. - American AMCAP Fund | A | Dividend | L | T | | | | | |
| 5. - American Europacific Growth | B | Dividend | L | T | | | | | |
| 6. - Dodge & Cox Stock | A | Dividend | L | T | | | | | |
| 7. - Federated Kaufman Small Cap Fund CL A | C | Dividend | L | T | | | | | |
| 8. - FPA New Income | C | Dividend | M | T | Buy (add'l) | 02/27/12 | J | | |
| 9. - Prime Fund Cap Reserves | A | Interest | J | T | | | | | |
| 10. - Champlain Small Company Fund Adv Cl | C | Dividend | K | T | | | | | |
| 11. - Eaton Vance Large-Cap Value Cl A | A | Dividend | K | T | | | | | |
| 12. - Oakmark Internt'l Small Cap I | A | Dividend | L | T | | | | | |
| 13. - SouthernSun Small-cap N/C | B | Dividend | L | T | | | | | |
| 14. -T Rowe Price Real Estate Fund | A | Dividend | K | T | Buy (add'l) | 08/27/12 | J | | |
| 15. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 16. - Virtus Foreign Opportunities Cl A | A | Dividend | L | T | | | | | |
| 17. - Eaton Vance Floating Rate Advantage Adv | D | Dividend | M | T | Buy (add'l) | 02/27/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Loomis Sayles Bond Retail Shares | D | Dividend | M | T | | | | | |
| 19. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | | | | | |
| 20. - PIMCO Real Return Class A | D | Dividend | M | T | | | | | |
| 21. - Vanguard Short Term Invmt Grade Investor | C | Dividend | M | T | Buy (add'l) | 02/27/12 | J | | |
| 22. - Vanguard Short Term Federal | B | Dividend | M | T | Buy (add'l) | 02/27/12 | J | | |
| 23. - Templeton Global Bond Class A | B | Dividend | K | T | | | | | |
| 24. - PIMCO Foreign Bond Unhedged | B | Dividend | K | T | | | | | |
| 25. - FPA Crescent Instl | A | Dividend | L | T | | | | | |
| 26. - Columbia Dividend Opportunity | C | Dividend | L | T | | | | | |
| 27. - Fidelity Advisors New Insights | A | Dividend | K | T | | | | | |
| 28. - MainStay Epoch Int'l SmCap | B | Dividend | L | T | | | | | |
| 29. | | | | | | | | | |
| 30. Qualified Plan #4 | | | | | | | | | |
| 31. - TIAA Traditional | D | Interest | M | T | Distributed (part) | 03/09/12 | K | | |
| 32. - CREF Global Equities | | None | J | T | | | | | |
| 33. - CREF Money Market | | None | J | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Qualified Plan #5 | | | | | | | | | |
| 36. - Causeway International | | None | | | Sold | 04/30/12 | L | | |
| 37. - Federated US Govt Sec | C | Dividend | M | T | | | | | |
| 38. - PIMCO Low Duration | C | Dividend | M | T | Buy (add'l) | 04/30/12 | J | | |
| 39. - Federated FD US Govt Sec | A | Dividend | K | T | | | | | |
| 40. - PIMCO Total Return Cl A | D | Dividend | M | T | | | | | |
| 41. - PIMCO Foreign Bond | C | Dividend | L | T | | | | | |
| 42. - American Capital World Bond | B | Dividend | K | T | | | | | |
| 43. - Artisan International | A | Dividend | L | T | Sold (part) | 08/15/12 | J | | |
| 44. - MFS International New Disc Cl A | A | Dividend | K | T | Sold (part) | 08/15/12 | K | | |
| 45. - Royce Microcap Investment Class | C | Dividend | L | T | | | | | |
| 46. - Fidelity, Prime Fund | A | Dividend | L | T | | | | | |
| 47. - Phoenix Real Estate Value | A | Dividend | K | T | | | | | |
| 48. - Third Avenue Real Estate Value | B | Dividend | K | T | | | | | |
| 49. - Prime Cap Odyssey Growth Fund | A | Dividend | L | T | | | | | |
| 50. - T Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 51. - Touchstone Mid Cap Growth Cl A | | None | | | Buy | 04/30/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/02/12 | L | | |
| 53. - Vanguard GNMA | C | Dividend | M | T | | | | | |
| 54. - Pioneer Cullen Value Fund Cl A | | None | | | Sold | 08/15/12 | L | | |
| 55. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | | | | | |
| 56. - PIMCO Comm Real Return Strat Cl A | A | Dividend | K | T | | | | | |
| 57. - IVA Worldwide Fund Cl A | B | Dividend | L | T | Buy (add'l) | 04/30/12 | J | | |
| 58. - Allianz NFJ Dividend Value Instl | B | Dividend | L | T | | | | | |
| 59. - Delaware Diversified Income A | C | Dividend | L | T | | | | | |
| 60. -Cullen High Dividend Equity I L | A | Dividend | L | T | Buy | 08/15/12 | L | | |
| 61. - Fidelity Advisor Small Cap I DS | A | Dividend | L | T | Buy | 11/02/12 | L | | |
| 62. - Allianz NFJ Intl Value I LV | B | Dividend | L | T | Buy | 04/30/12 | L | | |
| 63. - Oakmark International Small Cap | A | Dividend | K | T | Buy | 08/15/12 | K | | |
| 64. | | | | | | | | | |
| 65. Qualified Plan #6 | | | | | | | | | |
| 66. - Hewitt, Cash Balance Plan | A | Dividend | | | Distributed | 06/06/12 | J | | |
| 67. - Wells Fargo | | None | | | Distributed | 04/20/12 | J | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Qualified Plan #7 | | | | | | | | | |
| 70. - PIMCO Total Return Fund (Admin) | | None | M | T | | | | | |
| 71. - Small Cap U.S. Equity Index NL Fd (frmly BGI Sm Cap Dom) | | None | L | T | | | | | |
| 72. - Marsico Focused Growth Portfolio | | None | L | T | | | | | |
| 73. - MFS Inst International Equity Fund | | None | L | T | | | | | |
| 74. | | | | | | | | | |
| 75. Qualified Plan #8 | | | | | | | | | |
| 76. - Dreyfus Premier High Income - Class I | | None | | | Sold | 03/31/12 | L | | |
| 77. - BR Mid Cap US Eq Inx NL (fmrly BGI MidCap Dom Eq Inx) | B | Dividend | M | T | | | | | |
| 78. - GMO International Intrinsic Value - M Shares | B | Dividend | L | T | | | | | |
| 79. - PIMCO Real Return (Admin) | | None | | | Sold | 03/31/12 | M | | |
| 80. - Templeton Instl Emerging Markets Series | | None | | | Sold | 03/31/12 | L | | |
| 81. - Dodge & Cox Stock | B | Dividend | M | T | | | | | |
| 82. - PIMCO Real Return (Institutional Class) | B | Dividend | M | T | Buy | 03/31/12 | M | | |
| 83. - Harbor High-Yield Bond - Instl Class | B | Dividend | M | T | Buy | 03/31/12 | L | | |
| 84. - Capital Guardian Emerging Markets Equity | B | Dividend | L | T | Buy | 03/31/12 | L | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Qualified Plan #9 | | | | | | | | | |
| 87. - Highmark Stable Value Option | | None | | | Sold | 06/30/12 | K | | |
| 88. - Vanguard Short Term Bond Index Inst | | None | L | T | Buy | 06/30/12 | K | | |
| 89. | | | | | | | | | |
| 90. Brokerage Account #1 | | | | | | | | | |
| 91. - American Funds, Fundamental Investors | A | Dividend | K | T | | | | | |
| 92. - Federated Kaufmann Cl K | | None | | | Sold | 11/02/12 | K | C | |
| 93. - Royce Pennsyl Mutual Invst | B | Dividend | K | T | | | | | |
| 94. - T Rowe Price Intl Disc | A | Dividend | J | T | | | | | |
| 95. - T Rowe Price Real est Fund | A | Dividend | J | T | Sold (part) | 08/15/12 | J | A | |
| 96. - Thornburg Inv Income Builder | B | Dividend | K | T | | | | | |
| 97. - Thornburg Ltd Term US Govt | A | Dividend | K | T | | | | | |
| 98. - Thornburg Value Class A | | None | | | Sold | 08/15/12 | K | C | |
| 99. - Tweedy Browne Global Value | C | Dividend | K | T | | | | | |
| 100. - William Blair Int'l Growth Class | B | Dividend | K | T | | | | | |
| 101. - PIMCO Foreign Inst SHS | C | Dividend | K | T | | | | | |
| 102. - Thornburg Ltd Term Income | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Prime Fund Capital Reserves | A | Dividend | K | T | | | | | |
| 104.  - Franklin Federal Intr Term Tax Free A | B | Interest | L | T | | | | | |
| 105.  - IVA International - I | A | Dividend | J | T | | | | | |
| 106.  -BBH Core Select Fund Cl N | A | Dividend | K | T | Buy | 08/15/12 | K | | |
| 107.  -Columbia Acorn Class Z | B | Dividend | K | T | Buy | 11/02/12 | K | | |
| 108. | | | | | | | | | |
| 109.  Mass Mutual Life Insurance Policy | | None | K | T | | | | | |
| 110.  Mass Mutual Life Insurance Policy | | None | L | T | | | | | |
| 111. | | | | | | | | | |
| 112.  HSA #1 | | | | | | | | | |
| 113.  - Dodge and Cox International | | None | | | Sold | 01/09/12 | J | | |
| 114.  - Artisan Small Cap | | None | | | Sold | 01/09/12 | J | | |
| 115.  - PFPC, Cash account | | None | | | Sold | 01/09/12 | J | | |
| 116.  - Bank of America, Cash account | A | Interest | K | T | Buy | 01/09/12 | K | | |
| 117. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

indicated as the executrix, but received no benefit as such. ████████████████████████████████████████ on March 19, 2012 as indicated on a signed safe deposit box inventory receipt with the bank. Included within the safe deposit box were various stock certificates of which a few were in the name ███████████████████████████ as follows:

* ████ shares of Black Rock mutual fund account
* ████ shares of Blackstone purchase 7/2/1990
* ████ shares of USX Marathon Group purchased 2/26/1993
* ████ shares of Marathon Oil resulting from a 2:1 stock split on 7/6/2007 from USX Marathon Group

The total value at one-third of the above mentioned items ██████████████ was less than $8,000.

At no time did Nora have any knowledge of the existance of the stock certificates, nor did she ever receive a dividend at any time. Any income earned was strictly received by her father. Nor was Nora ever able to access the contents of the safe deposit box until she received the short form in 2012 as the executrix.

Upon discovering the contents, Nora immediately had the shares transferred over in their entirety to ████████ and the paperwork was completed by 4/26/2012 through Computershare by ████████ who is the power of attorney for ████████ for both financial duties and medical purposes. ████████████████████████████████████

These items have not been reported in the disclosure report with the exception of this explanatory note. It is our understanding that since Nora did not have any previous knowledge, never had the ability to access these items ████████████, and immediately signed over her portion of the contents in its entirety to ████████ the other owner, that she not be required to further report the items.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544